IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHARLES ERIC LEE**                                                                                        **PLAINTIFF**

v.                             CASE NO. 4:25-CV-00192-BSM-JTK

**JACOB COOPER,** *et al.*                                                                          **DEFENDANTS**

## ORDER

After *de novo* review of the record, including Charles Lee's objection [Doc. No. 16], United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 11] is adopted. The claims against the Faulkner Country Detention Center and the official capacity claims against Jacob Cooper and Corporal Arditi are dismissed. The clerk is directed to terminate the Faulkner County Detention Center as a party. Lee's excessive force and failure to protect claims against Cooper and Arditi in their individual capacitates may proceed.

IT IS SO ORDERED this 15th day of May, 2025.

_____
UNITED STATES DISTRICT JUDGE