**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

CHARLES ERIC LEE                                                                    PLAINTIFF

v.                                                    4:25CV00192-BSM-JTK

JACOB COOPER, et al.                                                              DEFENDANTS

**ORDER**

Charles Eric Lee's ("Plaintiff") Motion for Copies (Doc. No. 72) is GRANTED in part and DENIED in part.   Plaintiff's request for a copy of every filing in this case is denied, but the Court will send Plaintiff a copy of his Complaint, and a copy of the pending motions for summary judgment and related Orders.   Accordingly, the Clerk of the Court is directed to send Plaintiff a copy of the docket sheet and a copy of docket entry nos. 2 & 60-67, along with a copy of this Order.  **Additionally, the Court directs defense counsel to coordinate with officials at the Pine Bluff Unit of the Arkansas Division of Correction to ensure Plaintiff may view the video footage (Doc. Nos. 68, 69) if Plaintiff has not already been given the chance to do so**.

Plaintiff's Motion to Extend Time (Doc. No. 70) is GRANTED.   Plaintiff must respond to the pending Motions for Summary Judgment (Doc. Nos. 60, 63) by June 12, 2026.

IT IS SO ORDERED this 1st day of May, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE