## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CHARLES ERIC LEE**                                                                 **PLAINTIFF**
*ADC #117226*

**v.**                              **CASE NO. 4:25-CV-00192-BSM-JTK**

**JACOB COOPER**
**and MICHAEL ARDITI**                                                        **DEFENDANTS**

### ORDER

After de novo review of the record, United States Magistrate Judge Jerome T. Kearney's recommended dispositions [Doc. Nos. 82 and 86] are adopted, and the motions for summary judgment of Michael Arditi and Jacob Cooper [Doc. Nos. 60 and 63] are denied.

IT IS SO ORDERED this 7th day of July, 2026.

_____
UNITED STATES DISTRICT JUDGE